UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: Green, Bryan S. | § | Case No. 13-25334 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

David R. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $273,728.09 | Assets Exempt: | $0.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $7,147.24 | Claims Discharged Without Payment: | $17,973.27 |
| Total Expenses of Administration: | $1,807.66 | | |

3) Total gross receipts of $8,954.90 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,954.90 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,645.49 | $1,807.66 | $1,807.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $25,120.51 | $25,120.51 | $7,147.24 |
| **TOTAL DISBURSEMENTS** | $0.00 | $26,766.00 | $26,928.17 | $8,954.90 |

4) This case was originally filed under chapter 7 on 06/20/2013.  The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:   09/28/2015                By: /s/ David R. Brown
                                       Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Principal Financial Group Brokerage Account | 1129-000 | $8,954.90 |
| **TOTAL GROSS RECEIPTS** | | **$8,954.90** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | 2100-000 | NA | $1,645.49 | $1,645.49 | $1,645.49 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | NA | $10.00 | $10.00 |
| The Bank of New York Mellon | 2600-000 | NA | NA | $152.17 | $152.17 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$0.00** | **$1,645.49** | **$1,807.66** | **$1,807.66** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | $0.00 | $4,075.79 | $4,075.79 | $1,159.64 |
| 2 | Ecast Settlement Corporation, Assig | 7100-000 | $0.00 | $19,618.18 | $19,618.18 | $5,581.73 |
| 3 | Fsb American Express Bank | 7100-000 | $0.00 | $1,426.54 | $1,426.54 | $405.87 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$25,120.51** | **$25,120.51** | **$7,147.24** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 13-25334 | Trustee Name: | (330580) David R. Brown |
| Case Name: | Green, Bryan S. | Date Filed (f) or Converted (c): | 06/20/2013 (f) |
| | | § 341(a) Meeting Date: | 07/12/2013 |
| For Period Ending: | 09/28/2015 | Claims Bar Date: | 11/19/2013 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1431 Golfview Dr, Glendale Heights, Il 60139-361 | 102,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2505 N Ocean Blvd, Myrtle Beach, Sc 29577-3240 T | 9,340.09 | 0.00 | | 0.00 | FA |
| 3 | Checking Account With Fifth Third Bank | 245.00 | 0.00 | | 0.00 | FA |
| 4 | Miscellaneous Used Household Goods And Furnishin | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Personal Used Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Gts Stainless Steel 36Mm Rolex Datejust With Eng | 3,200.00 | 0.00 | | 0.00 | FA |
| 7 | Ira | 9,000.00 | 0.00 | | 0.00 | FA |
| 8 | Ira | 45,000.00 | 0.00 | | 0.00 | FA |
| 9 | Ira | 100,000.00 | 0.00 | | 0.00 | FA |
| 10 | Principal Financial Group Brokerage Account | 6,808.74 | 6,808.74 | | 8,954.90 | FA |
| 11 | 2005 Toyota Prius With 170,000 Miles Value Based | 3,443.00 | 0.00 | | 0.00 | FA |
| 12 | Post-Petition Interest Deposits (u) | Unknown | Unknown | | 0.00 | Unknown |

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | Exhibit 8 |
|---|---|
| **Form 1** | |
| **Individual Estate Property Record and Report** | Page: 2 |
| **Asset Cases** | |

**Case No.:**  13-25334  
**Case Name:**  Green, Bryan S.  
**For Period Ending:**  09/28/2015  

**Trustee Name:**  (330580) David R. Brown  
**Date Filed (f) or Converted (c):**  06/20/2013 (f)  
**§ 341(a) Meeting Date:**  07/12/2013  
**Claims Bar Date:**  11/19/2013  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | **Assets**   **Totals**   (Excluding unknown values) | $280,536.83 | $6,808.74 |  | $8,954.90 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    01/30/2014          **Current Projected Date Of Final Report (TFR):**    08/12/2014

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9

Page: 3

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-25334 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | Green, Bryan S. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0323 | Account #: | **********7489 Checking |
| For Period Ending: | 09/28/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/15/2013 | {10} | Principal Financial Group | turnover of non-exempt property brokerage account turnover | 1129-000 | 8,954.90 |  | 8,954.90 |
| 09/09/2013 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 10.00 | 8,944.90 |
| 10/07/2013 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 12.87 | 8,932.03 |
| 11/07/2013 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 13.28 | 8,918.75 |
| 12/06/2013 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 12.83 | 8,905.92 |
| 01/08/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 13.24 | 8,892.68 |
| 02/04/2014 | 1001 | INTERNATIONAL SURETIES, LTD | bond premium | 2300-000 |  | 10.00 | 8,882.68 |
| 02/07/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 13.22 | 8,869.46 |
| 03/07/2014 |  | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | 11.92 | 8,857.54 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-25334 | | Trustee Name: | David R. Brown (330580) |
| --- | --- | --- | --- | --- |
| Case Name: | Green, Bryan S. | | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0323 | | Account #: | **********7489 Checking |
| For Period Ending: | 09/28/2015 | | Blanket Bond (per case limit): | $77,173,558.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.17 | 8,844.37 |
| 05/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.73 | 8,831.64 |
| 06/06/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.13 | 8,818.51 |
| 07/08/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 12.69 | 8,805.82 |
| 08/07/2014 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 13.09 | 8,792.73 |
| 03/17/2015 | 1002 | DAVID R. BROWN | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | 1,645.49 | 7,147.24 |
| 03/17/2015 | 1003 | DISCOVER BANK | Final distribution to claim 1 representing a payment of 28.45 % per court order. | 7100-000 | | 1,159.64 | 5,987.60 |
| 03/17/2015 | 1004 | Ecast Settlement Corporation, Assig | Final distribution to claim 2 representing a payment of 28.45 % per court order. | 7100-000 | | 5,581.73 | 405.87 |
| 03/17/2015 | 1005 | Fsb American Express Bank | Final distribution to claim 3 representing a payment of 28.45 % per court order. | 7100-000 | | 405.87 | 0.00 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9

Page: 5

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-25334 | Trustee Name: | David R. Brown (330580) |
|---|---|---|---|
| Case Name: | Green, Bryan S. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***0323 | Account #: | **********7489 Checking |
| For Period Ending: | 09/28/2015 | Blanket Bond (per case limit): | $77,173,558.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 8,954.90 | 8,954.90 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 8,954.90 | 8,954.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $8,954.90 | $8,954.90 | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Exhibit 9**

## Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-25334 | | **Trustee Name:** | David R. Brown (330580) |
| **Case Name:** | Green, Bryan S. | | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***0323 | | **Account #:** | **********7489 Checking |
| **For Period Ending:** | 09/28/2015 | | **Blanket Bond (per case limit):** | $77,173,558.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| **********7489 Checking | $8,954.90 | $8,954.90 | $0.00 |
| | **$8,954.90** | **$8,954.90** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**